# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

KIMBERLY YOUNG, *et al.*,

    Plaintiffs,

    v.

REGENCE BLUESHIELD, *et al.*,

    Defendants.

Case No. C07-2008RSL

ORDER REQUESTING RESPONSE TO MOTION FOR RECONSIDERATION

This matter comes before the Court on the plaintiffs' motion for reconsideration of the Court's September 2, 2008 order regarding the parties' cross motions for summary judgment (Dkt. #55, the "Order"). Plaintiffs argue that the Court erred in finding that plaintiffs lacked standing to pursue their state law claims because Regence tendered payment before they filed suit. Plaintiffs have submitted new evidence in support of their motion that they contend was not available previously.

Accordingly, the Court requests that defendant Regence Blueshield file a response to plaintiffs' motion for reconsideration no later than October 3, 2008. The response must not exceed twelve pages in length. No further briefing on the issue will be accepted.

ORDER REQUESTING RESPONSE- 1

1 | The Clerk of the Court is directed to renote the motion for reconsideration (Dkt.
2 | #59) on the Court's calendar for October 3, 2008.

DATED this 16th day of September, 2008.

*signature*
Robert S. Lasnik
United States District Judge

ORDER REQUESTING RESPONSE- 2