UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KIMBERLY YOUNG, *et al.*,

Plaintiffs,

v.

REGENCE BLUESHIELD, *et al.*,

Defendants.

Case No. C07-2008RSL

ORDER DENYING MOTION
FOR RECONSIDERATION

This matter comes before the Court on defendant's motion for reconsideration of the Court's August 6, 2009 order permitting plaintiff to file a reply in support of its motion for reconsideration. On June 18, 2009, plaintiff filed a motion for reconsideration of the Court's previous order dismissing their claims. After receiving the motion for reconsideration, the Court issued an order permitting defendant to file a response to the motion, which they did. The order explained that no further briefing on the issue would be accepted. Plaintiff then filed a motion to file a reply. Defendant did not respond to that motion, the Court granted it, and defendant now seeks to have the order vacated and the motion to file a reply denied.

Defendant contends that it did not believe it could file a response to the motion to file a reply because the Court's prior order precluded further briefing on the first motion

ORDER DENYING MOTION
FOR RECONSIDERATION - 1

1   for reconsideration. That order, however, did not preclude defendant from filing a
2   response to the subsequently-filed motion. Moreover, the motion to file a reply was not
3   filed as a motion for reconsideration, to which no response is generally permitted.
4   Rather, it was filed as a motion for relief from a limit imposed by court order and noted
5   for a later date, which gave defendant the opportunity to respond. Regardless, the Court
6   did not grant plaintiff's motion solely based on defendant's failure to reply. The motion
7   was also granted on its merits.

        Accordingly, the motion to for reconsideration (Dkt. #109) is DENIED.

DATED this 10th day of August, 2009.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge