UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KIMBERLY YOUNG, *et al.*,

    Plaintiffs,

    v.

REGENCE BLUESHIELD, *et al.*,

    Defendants.

Case No. C07-2008RSL

ORDER GRANTING MOTION
TO FILE A SUR-REPLY
REGARDING MOTION FOR
RECONSIDERATION

    This matter comes before the Court on Regence's motion to file a sur-reply in opposition to plaintiffs' motion for reconsideration. Regence seeks an opportunity to respond to new arguments plaintiffs made in their reply in support of their motion for reconsideration. Regence's response to those arguments could clarify the issues and assist the Court. Moreover, although there has been an unusual number of filings related to the motion for reconsideration, the motion is directed towards an important, and dispositive, issue.

    Accordingly, the motion to file a sur-reply (Dkt. #113) is GRANTED. Regence must file its sur-reply by September 3, 2009. The Clerk of the Court is directed to renote the motion for reconsideration (Dkt. #103) on the Court's calendar for September 4, 2009.

ORDER GRANTING MOTION
TO FILE A SUR-REPLY - 1

1 | No further briefing on the motion for reconsideration will be considered.

3 | DATED this 31st day of August, 2009.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION
TO FILE A SUR-REPLY - 2